1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CENTRAL VALLEY CONCRETE, INC.,      | 1:16-cv-01374-DAD-MJA

12              Plaintiff,               | **ADDENDUM TO SCHEDULING ORDER
                                         | (ECF No. 13)**
13        v.
                                         | Mediation or Settlement Conference to be
14   ROAD AND HIGHWAY BUILDERS,          | held on or before November 8, 2017
     LLC., et. al.,
15
                Defendant.
16

17

18

19        The Scheduling Order issued in this case on December 27, 2016, (ECF No. 13),

20   failed to include the following Order applicable to all cases assigned to the Honorable

     Dale A. Drozd, United States District Judge for the Eastern District of California, for trial:
21
          The parties are, in any event, ORDERED to commence and conclude, no
22
          later than 60 days before the pretrial conference, a mediation or
23
          settlement conference presided over by a mutually agreed-upon third
24
          party mediator or settlement conference judge.  If the parties request, the
25
          Court will undertake to appoint a Magistrate Judge or member of the
26
          Court's Alternative Dispute Resolution panel to serve as settlement
27
          conference judge or mediator at no cost to the parties.
28
                                         1

1    The parties are hereby ORDERED to comply with the provisions of the foregoing

2  paragraph.

3

4  IT IS SO ORDERED.

5    Dated:   February 27, 2017            /s/ *Michael J. Seng*

6                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2